UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEFFREY A. HOUSEKNECHT, JR.,

        Plaintiff,

                              Case No.  19-cv-427

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

        Defendant.

_____/

## NOTICE OF REMOVAL

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Mercantile Adjustment Bureau, LLC ("MAB"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 *et seq*., hereby removes this action from the Lackawanna City Court, County of Erie, to the United States District Court for the Western District of New York.  In support of this Notice of Removal, MAB states as follows:

    1.    On February 27, 2019, plaintiff, Jeffrey A. Houseknecht, Jr. (plaintiff), commenced a civil action in the Lackawanna City Court, County of Erie, entitled and captioned *Jeffrey A. Houseknecht, Jr. v. Mercantile Adjustment Bureau, LLC*, Index No. CV-43-19/LA (hereinafter the "State Court Action").  No further proceedings before the State Court have occurred.

    2.    In the Complaint, plaintiff alleges statutory causes of action against Defendant.  A true and correct copy of plaintiff's Complaint is attached hereto as Ex. "A."

1

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

4. MAB received plaintiff's Summons and Complaint on March 5, 2019.

5. This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which MAB received plaintiff's Complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Lackawanna City Court, Erie County, State of New York. *See* Ex. "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendant, Mercantile Adjustment Bureau, LLC, gives notice that this action is removed from the Lackawanna City Court, Erie County, State of New York, to the United States District Court for the Western District of New York.

Dated April 2, 2019                    Respectfully submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
Email: aeasley@sessions.legal
Attorney for Defendant
Mercantile Adjustment Bureau, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, a copy of the foregoing a copy of the foregoing was filed electronically in the ECF system and via Federal Express upon the parties at the below addresses:

Jason A. Shear, Esq.
Law Offices of Jason A. Shear
561 Ridge Road
Lackawanna, NY  14218
*Attorney for Plaintiff*

                  By:    */s/ Aaron R. Easley*
                            Aaron R. Easley, Esq.
                            Attorney for Defendant
                            Mercantile Adjustment Bureau, LLC