UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEFFREY A. HOUSEKNECHT, JR.,

        Plaintiff,

                            Case No. 1:19-cv-00427-WMS-MJR

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Jeffrey A. Houseknecht, Jr., and Defendant, Mercantile Adjustment Bureau, LLC ("MAB"), hereby jointly stipulate to the dismissal without prejudice of Plaintiff's claims against MAB, with each side to bear their own fees and costs.

                                  Respectfully submitted,

| /s/ Jason A. Shear | /s/ Aaron R. Easley |
|---|---|
| Jason A. Shear, Esq. | Aaron R. Easley, Esq. |
| Law Offices of Jason A. Shear | Sessions Fishman Nathan & Israel |
| 561 Ridge Road | 3 Cross Creek Drive |
| Lackawanna, NY  14218 | Flemington, NJ 08822 |
| Telephone: (716) 566-8988 | Telephone: (908) 237-1660 |
| Email: jshear@jasonshearlaw.com | Facsimile:  (908) 237-1663 |
| Attorneys for Plaintiff, | Email:  aeasley@sessions.legal |
| Jeffrey A. Houseknecht, Jr. | Attorneys for Defendants, |
|  | Mercantile Adjustment Bureau, LLC |

1

## **CERTIFICATE OF SERVICE**

    I certify that on August 27, 2019, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by via U. S. Mail, postage prepaid.

Jason A. Shear, Esq.
Law Offices of Jason A. Shear
561 Ridge Road
Lackawanna, NY  14218
Attorney for Plaintiff

                                            /s/ Aaron R. Easley
                                            Aaron R. Easley, Esq.