UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Jeffrey A. Houseknecht, Jr.

                               Plaintiff(s),

*MEDIATION CERTIFICATION*

   19    - cv -  00427

                              v.

Mercantile Adjustment Bureau, LLC

                               Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☑ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 08/28/2019                         *Mediator:* /S/ Thomas B. Cronmiller

***Additional Comments:***
_____
_____
_____

[ Print ]  [ Clear Form ]